**district court of the United States**
**(an article III Constitutional Court)**
**for the Southern District of Ohio**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 MAR 21  PH 3: 01

U.S. DISTRICT COURT
SOUTHERN DISTRICT
WEST DIV CINCINNATI

**BUTLER COUNTY OHIO**
**a municipal corporation of the**
**State of Ohio, Butler County Court**
**City of Hamilton Court**

:
:
:
:
: DKT. NO.:
:
: 1 : 16 CV 401
:
:  **TAKE JUDICIAL NOTICE AND**
:  **ADMINISTRATIVE NOTICE IN**
:  **THE NATURE OF A WRIT OF**
:  **ERROR, CORAM NOBIS**
:  **AND DEMAND FOR DISMISSAL**
:  **FOR FAILURE TO STATE THE**
:  **PROPER JURISDICTION AND**
:  **VENUE WITH EXHIBITS**
:  **B, C. D. E. AND F AND**
:  **REINCORPORATION OF FILED**
:  **PLEADINGS**
:

Plaintiff/Respondent BARRETT

-against-   MJ. LITKOVITZ

**Achashverosh Adnah Ammiyhuwd/Petitioner/**
**Administrator**
**sui juris,**

---

**TAKE JUDICIAL NOTICE AND ADMINISTRATIVE NOTICE IN THE NATURE OF A**
**WRIT OF ERROR, CORAM NOBIS AND SECOND DEMAND FOR DISMISSAL FOR**
**FAILURE TO STATE THE PROPER JURISDICTION AND VENUE  WITH**
**EXHIBITS, B, C, D, E AND F AND REINCORPORATION OF FILED PLEADINGS**

NOW, comes the Accused, Achashverosh Adnah Ammiyhuwd sui juris, a common man,

under common law an agent of the Most High creator; a Sovereign and Self Determination

Hebrew Israelite American National Republic from the Royal Tribe Judah, southern nation of the

twelve tribes of Israel of the Holy Bible duly chosen by the Most High creator, asserting

**Sovereign Immunity or Crown Immunity**, non-corporate entity appearing specially and not

generally or voluntarily, but under threat of arrest if he failed to do so, with this JUDICIAL

NOTICE AND ADMINISTRATIVE NOTICE: IN THE NATURE OF A WRIT OF ERROR,

*CORAM NOBIS*, AND DEMAND FOR DISMISSAL FOR FAILURE TO STATE THE

PROPER JURISDICTION AND VENUE with Exhibits B, C, D, E, F, Pursuant to FRCP Rule

4(j), 28 U.S.C. 1331, 28 U.S. Code § 1404, Title 28 U.S.C., Section 1441, Title 28 USC § 1631,

and Civ.R. 12(b)(1)(2)(3) in the interest of justice states as follows:

    ****The accused reincorporates his Brief and his signed and Unsworn declaration
Unsworn Declaration of Sovereign Hebrew Israelite American National Status, Exhibit A, filed
with the clerk of courts on March 14, 2016.**** Unlawful trial shcaduled for March 31, 2016 at

    As grounds for this notice of demand to dismiss, Accused, Achashverosh Adnah

Ammiyhuwd sui juris, a common man, under common law an asserting **Sovereign Immunity

or Crown Immunity** would show the Court that:

    This Court is defined under FRCP Rule 4(j) as a FOREIGN STATE as defined under 28

USC. CHAPTER 97 – JURISDICTIONAL IMMUNITIES OF FOREIGN States, Sec. 1602-

1611. THE FOREIGN SOVEREIGN IMMUNITIES ACT (FSIA) allows the petitioners to

challenge jurisdiction, therefore full disclosure of the true jurisdiction of this Court is now being

Demanded. Any failure to disclose the true jurisdiction is a violation of 15 Statutes at Large,

Chapter 249 (section 1), enacted July 27, 1868.

    July 27th 1868 15 Statutes at Large Chapter 249 Section 1 "Acts Concerning American

Citizens in a Foreign State", expatriation, is what is broken when jurisdiction is demanded, and it

is not met with an answer.

    Whereas the rights of expatriation is a nature and inherent right of the Sovereign Hebrew

Israelites of the Holy Bible and all other nations of people, indispensible to the enjoyment of the

rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this

principle this government has freely received emigrants from all nations, and invested them with

the right of citizenship; and whereas it is claimed that such American citizens, with their

descendants, are subject of foreign states, owing allegiance to the government thereof; and

whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed;

Thereof.

Be it enacted by the Senator and the House of Representatives of the United States of American in Congress assembled. That any declaration, instruction, opinion, order, or decision, of any officers of its government which denies, restricts, impairs or questions the rights of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

As Sovereign and Self Determination Hebrew Israelite American National Republic's, we hold the inherent right of the 11th Amendment. "The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted by a Foreign State."

This FOREIGN STATE, OHIO STATE, COUNTY OF BUTLER, TOWN OF HAMILTON, and it's (corporations) officials that erroneously believe the accursed to be that of an (corporation) American Citizen, and if they truly believe that to be so which is NOT true, have and continue to violate the Accused, Sovereign and Self Determination Hebrew Israelite American National Republic Achashverosh Adnah Ammiyhuwd sui juris due process rights of the United States Constitution by failing to follow proper procedures in bringing a suit against the accused.

The foreign state officials have failed to notify and file their suit against the accused under the FSIA and the DEPT of STATE OFFICES in Washington DC. DC had to be notified pursuant to 22 CFR 93.1-93.2. This procedure was not followed by the Plaintiffs. A copy of the FSIA has to be filed with the complaint to the alleged defendant's agent and the chief executive officer of that CORPORATION if in fact the accused was a corporation.

The petitioner, Achashverosh Adnah of the family Ammiyhuwd declare that he has not been notified by the Department of State regarding this situation and hereby state these proceedings to be fraudulent in nature.

On 29th of May, 2012, the accused by Affidavit under common law "at will" corrected his name from the corporation name "OSCAR LEE WASHINGTON" to his true sovereign Indigenous Ancient Hebrew-American heritage name "Achashverosh Adnah of the family Ammiyhuwd" declaring and establishing his true nationality according to the Torah Holy Bible. On July 2, 2012. Petitioner filed the Affidavit with THE LANCASTER SOUTH CAROLINA CLERK OF COURTS OFFICE. Exhibit B.

Through petitioner's notice of demand for dismissal based on his Sovereign Immunity or Crown Immunity, the Right To Travel, with attached brief and his signed and Unsworn Declaration of Sovereign Hebrew Israelite American National Status To The World document under,

Title 8 U.S. Code § 1502 - Certificate of nationality issued by Secretary of State for person not a naturalized citizen of United States for use in proceedings of a foreign state, that states:

> "The Secretary of State is authorized to issue, in his discretion and in accordance with rules and regulations prescribed by him, a ***certificate of nationality*** for any person not a naturalized citizen of the United States who presents satisfactory evidence that he is an ***American national*** and that such certificate is needed for use in judicial or administrative proceedings in a foreign state. Such certificate shall be solely for use in the case for which it was issued and shall be transmitted by the Secretary of State through appropriate official channels to the judicial or administrative officers of the foreign state in which it is to be used."

> Certificate of Nationality from the Secretary of State. Exhibit C.

> And;

Under Title 8 USC 1481(a)(2), Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions that states:

(a) A person who is a national of the United States whether by birth or naturalization, shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality

(2) taking an oath or making an affirmation or other formal ***declaration*** of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years,

Which petitioner lawfully declared and relinquished his United States nationality through his signed April 29, 2015, Unsworn Declaration of Sovereign Hebrew Israelite American National Status To The World document, filed as Exhibit A with the HAMILTON MUNICIPAL COURT, HAMILTON, OHIO BUTLER COUNTY and time stamped by CLERK OF COURTS office on March 14, 2016, pursuant to Title 28 U.S. Code § 1746(1) that states:

"Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the ***sworn declaration***, verification, ***certificate***, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, ***evidenced***, established, or proved by the ***unsworn declaration***, ***certificate***, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:"

(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".

Petitioner has entered into the spectrum of lawful sovereignty, with sovereign immunity, or crown immunity and hereby declare, true protection under the United States Constitution, all Bill of Rights Amendments, and laws, all several states of the union Constitutions and Bill of Rights and laws.

This jurisdiction lies with the UNITED STATES DISTRICT COURT under the Foreign Sovereign Immunities Act, (FSIA) Statues pursuant to 28 USC sec. 1330.

Because the accused is a non-corporate entity, and is not registered with any Secretary of

States as a CORPORATION, the Prosecution has **FAILED** to produce a sworn complaint from a

live breathing, flesh and blood injured party the accused actually injured, and can be crossed

examined on the stand of a court of common law, in violation the accused right to face his

accuser and his right to due process pursuant to the United States Constitution, and Bill Of

Rights Fifth, Sixth and Fourteenth Amendments.

The Petitioner is now placing a Demand for jurisdiction and venue change under new

discovery of information of fraud and failure of disclosure by the Court, the prosecution and by

attorney(s), and, therefore a dismissal of charges, with prejudice, in favor of this Petitioner is

Demanded because of fraud placed upon the court. (see Hazel-Atlas Glass Co. v. Hartford-

Empire Co., 322 U.S. 238 (1944)).

TITLE 50, APPENDIX App. > TRADING WITH THE ENEMY ACT OF 1917, § 21

§ 21. Claims of naturalized citizens as affected by expatriation

> The claim of any naturalized American citizen under the provisions of this Act
> [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix] shall not be denied on the
> ground of any presumption of expatriation which has arisen against him, under
> the second sentence of section 2 of the Act entitled "An Act in reference to the
> expatriation of citizens and their protection abroad," approved March 2, 1907, if
> he shall give satisfactory evidence to the President, or the court, as the case may
> be, of his uninterrupted loyalty to the United States during his absence, and that
> he has returned to the United States, or that he, although desiring to return, has
> been prevented from so returning by circumstances beyond his control.

**The first issue** of fraud is the deception of the Court's proper Name from that of

the People's proper Constitutional court to that of the corporation court name.

> a) the fact that the petitioner have been denied the use of constitutionally
> protected rights under the Bill of Rights, and
> b) the fact the clerk of courts are placing falsified documents (Affidavits of
> Indigence Exhibit D) on the docket and
> b) the fact that the Petitioner have been denied the use of this States' and the
> federal statutory laws as a defense, and

c) and the denial of the use of Acts of Congress, and
d) that this action is a direct violation of the Clearfield Trust Doctrine.

**The second issue** of fraud is that "there is but one cause of action and that is civil," and

this Court have these Petitioner in a "criminal action."

**The third issue** of fraud is that all criminal action comes under Title 50 USC, chapter 3,

Alien Enemy, in Appendix section 23, Jurisdiction of the United States court and judges.

a) This Court has fraudulently allowed the prosecution and attorneys in declaring
(or assuming) this Petitioner is  "enemy of the State" by the use of the "State of
Emergency," under
b) The 1933 national State of Emergency clause resulting in the kidnapping and
extortion with intent to cause harm to this petitioner, and
c) This was not disclosed to this petitioner by the Court, the prosecution or by the
attorney/s at the time of arraignment, or being set for trail, and, see:

**The fourth issue** of fraud is that the Court, the prosecution and the attorney all have full

knowledge of the 1959 Executive Order 10834 that placed this Court under the State of

Emergency and under jurisdiction the presidential flag and of military jurisdiction.

a) This Court and its Court officers are in violation of the Military Commission
Act, and
b) in violation of the General Orders 100 under the Lieber Code
("INSTRUCTIONS for the GOVERNMENT OF ARMIES of THE UNITED
STATES IN THE FIELD" prepared by Francis Lieber, LL.D., (Originally issued
as GENERAL ORDERS No. 100, Adjutant General's Office, 1863)), and
c) of Executive Order 10834, Sec. 24.
(a) The Secretary of Defense in respect of procurement for the Department of
Defense (including military colors) and the Administrator of General Services in
respect of procurement for executive agencies other than the Department of
Defense may, for cause which the Secretary or the Administrator, as the case may
be, deems sufficient, make necessary minor adjustments in one or more of the
dimensions or proportionate dimensions prescribed by this order, or authorize
proportions or sizes other than those prescribed by section 3 or section 21 of this
order.

The Petitioner now Demands a proper jurisdiction and a venue change to the People's

Constitutional Article III court, and for the court to function in good behavior or for this action to

be dismissed, with prejudice, in favor of this Petitioner.

TITLE 28 > PART IV > CHAPTER 99 > § 1631

§ 1631. TRANSFER TO CURE WANT OF JURISDICTION

Whenever a civil action is filed in a court as defined in section 610 of this title or an appeal, including a petition for review of administrative action, is noticed for or filed with such a court and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed, and the action or appeal shall proceed as if it had been filed in or noticed for the court to which it is transferred on the date upon which it was actually filed in or noticed for the court from which it is transferred.

Now the Petitioner will point out in the federal statutes the ways the Court names

are spelled, and how they spell out the jurisdiction of the courts.

Under Title 28, sec 1391 this court under the heading of The United States District Court

or United States district court falls under chapter 97 JURISDICTIONAL IMMUNITIES OF

FOREIGN STATES as a Foreign State Court.

a) This information was not properly disclosed at the time of the filing in this case by the clerk of court, or

b) it was not disclosed by the Court / judge, or

c) by the Prosecution, or

d) by a / the attorney(s) at the time of arraignment, trail or sentencing.

**Failure To Disclose The Foreign Sovereign Immunities Act of 1976**

1. Under such Court action the Petitioner was never properly served per Fed. R. Civ. P. under Rule 4 (j).

2. The Petitioner, under such foreign status and / or jurisdiction, has immunities under the International Organizations Immunities Act (IOIA) Of 1945, HR 4489, P.L.291, 59 STAT 669. This is an Act of Congress as defined under 28 USC § 1652

3. The Petitioner also holds immunities under 49 stat 3097, Treaty Series 881, Rights and Duties of the States. This is an Act of Congress defined under § 1652.

4. The Petitioner also holds immunities under the 11th Amendment of the U.S. Constitution which was also an Act of Congress, and under the U.S. Constitution as defined under 28 USC, §§ 1331 and 1652.

Petitioners will point out that 28 USC, sec. 610 clearly shows the district court of the United States is the correct jurisdiction and venue as an Article III court to hear this Petitioner's grievances under the bankruptcy of the united States which is just one of the issue before this court. The STATE OF OHIO, BUTLER COUNTY COURT, TOWN OF HAMILTON COURT / UNITED STATES OF AMERICA is / was aware of the 1933 bankruptcy, and in Title 12, chapter 2, section 95, 95(a), and 95(b) that a declared state of emergency has been declared by many Presidents of the united States of America.

### US Code - Title 28: Judiciary and Judicial Procedure

28 USC 610 - Sec. 610. Courts defined

> As used in this chapter the word "courts" includes the courts of appeals and **district courts of the United States**, the United States District Court for the District of the Canal Zone, the District Court of Guam, the District Court of the Virgin Islands, the United States Court of Federal Claims, and the Court of International Trade.

You will not find in the United States Code any jurisdiction or venue for the "UNITED STATES DISTRICT COURT" / "U.S. DISTRICT COURT" as all other courts have been correctly named and defined by legislative enactment and are being pointed out in this filing.

1. Title 28 USC under § 1331.

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

2. This is an Act of Congress as defined under § 1343.

§ 1343. Civil rights and elective franchise

(a) The <u>district courts</u> shall have original jurisdiction of any civil action authorized by law to be commenced by any person:
(1) To recover damages for injury to their persons and property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

3. TITLE 28 > PART V > CHAPTER 111 > § 1652

§ 1652. State laws as rules of decision

The laws of the several states, except where the Constitution or treaties of the United States or **Acts of Congress** otherwise require or provide, shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply.

## The Courts

**First Court;**

TITLE 18 > PART I > CHAPTER 1 > § 23.1

§ 23.1 Court of the United States defined

As used in this title, except where otherwise expressly provided the term **"court of the United States"** includes the District Court of Guam, the District Court for the Northern Mariana Islands, and the District Court of the Virgin Islands.

**Second Court;**                                                    TITLE 26

App. > TITLE II, THE COURT > Rule 10

Rule 10. Name, Office, and Sessions

**(a)** Name: **The name of the Court is the United States Tax Court**.

 **(b) Office of the Court:** The principal office of the Court shall be in the District of Columbia, but the Court or any of its Divisions may sit at any place within the United States. See Code secs. 7445 and 7701(a)(9).

**(c) Sessions**: The time and place of sessions of the Court shall be prescribed by the Chief Judge.

 **(d) Business Hours:** The office of the Clerk at Washington, D.C., shall be open during business hours on all days, except Saturdays, Sundays, and legal holidays in the District of Columbia, for the purpose of receiving petitions, pleadings, motions, and other papers. Business hours are from 8:00 a.m. to 4:30 p.m. For legal holidays, see Rule 25(b).

**(e) Mailing Address**: Mail to the Court should be addressed to the United States Tax Court, 400 Second Street, N.W., Washington, D.C. 20217. Other addresses, such as locations at which the Court may be in session, should not be used, unless the Court directs otherwise.

**28 USC § 1631** - Transfer to cure want of jurisdiction

Whenever a civil action is filed in a court as defined in section 610 of this title or an appeal, including a petition for review of administrative action, is noticed or filed with such a court and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed, and the action or appeal shall proceed as if it had been filed in or noticed for the court to which it is transferred on the date upon which it was actually filed in or noticed for the court from which it is transferred.

**TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A** > § 7403

§ 7403. Action to enforce lien or to subject property to payment of tax

**(a) To issue orders, processes, and judgments**

The **district courts of the United States** at the instance of the United States shall have such jurisdiction to make and issue in civil actions, writs and orders of injunction, and of ne exeat republica, orders appointing receivers, and such other orders and processes, and to render such judgments and decrees as may be necessary or appropriate for the enforcement of the internal revenue laws. The remedies hereby provided are in addition to and not exclusive of any and all other remedies of the United States in such courts or otherwise to enforce such laws.

TITLE 26 > Subtitle F > CHAPTER 76 > Subchapter A > § 7403

§ 7403. Action to enforce lien or to subject property to payment of tax

### (a) Filing

In any case where there has been a refusal or neglect to pay any tax, or to discharge any liability in respect thereof, whether or not levy has been made, the Attorney General or his delegate, at the request of the Secretary, may direct a civil action to be filed in a district court of the United States to enforce the lien of the United States under this title with respect to such tax or liability or to subject any property, of whatever nature, of the delinquent, or in which he has any right, title, or interest, to the payment of such tax or liability. For purposes of the preceding sentence, any acceleration of payment under section 6166(g) shall be treated as a neglect to pay tax.

## Third Court;

TITLE 28 > PART IV > CHAPTER 87 > § 1391

§ 1391. Venue generally

**(f)** A civil action against a foreign state as defined in section 1603(a) of this title may be brought—

**(1)** in any judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated;

**(2)** in any judicial district in which the vessel or cargo of a foreign state is situated, if the claim is asserted under section 1605(b) of this title;

**(3)** in any judicial district in which the agency or instrumentality is licensed to do business or is doing business, if the action is brought against an agency or instrumentality of a foreign state as defined in section 1603(b) of this title; or

**(4)** in the United States District Court for the District of Columbia if the action is brought against a foreign state or political subdivision thereof.

## Fourth Court;

US Code - Title 28: Judiciary and Judicial Procedure     28 USC 610 - Sec. 610. Courts defined

As used in this chapter the word "courts" includes the courts of appeals and district courts of the United States, the United States District Court for the District of the Canal Zone, the District Court of Guam, the District Court of the Virgin

Islands, the United States Court of Federal Claims, and the Court of International Trade.

**Fifth Court;**

## WHERE IS THE FIFTH COURT DEFINITION / CITE?

Now the Petitioner has pointed out in each of the federal statutes cited the ways the Court names are spelled, and spells out the jurisdiction of the courts. There are no Federal Statutes that show that the UNITED STATES DISTRICT COURT or the U.S. DISTRICT COURT exists or has any jurisdiction or venue as they misuse the jurisdiction given to the "district court of the United States" in Title 28 USC for the "district court" jurisdiction and venue section.

### Other Definitions

**Corpus Juris Secundum "The Body of Law" or Legal encyclopedia, Volume 7, Section 4: as quoted:**

> "Attorney & client: An Attorney's "first" duty is to the Courts (1st) and the public (2nd) and not to the client (3rd), and wherever the duties to an attorney's client "conflict" with those interests that he/she owes his allegiance to, as an officer of the court in the administration of justice, the former must yield to the latter."

BLACK'S LAW DICTIONARY FIFTH EDITION

The Biggest problem today is that the People do not know their own rights and blindly entrust their rights to someone else.

**Foreign Court**

> The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the states when their judgment or records are introduced in the courts of another.

**Foreign jurisdiction**

> Any jurisdiction foreign to that of the forum; e.g. a sister state or another country. Also the exercise by a state or nation jurisdiction beyond its own territory. Long-arm Service of process is a form of such foreign or extraterritorial jurisdiction

**Foreign laws**

The laws of a foreign country, or of a sister state. In conflict of law, the legal principle of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "jus receptum"

**Foreign corporation**

A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restriction in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the states or territories of the United States. I.R.C. § 7701 (a) (5). Service of process on foreign corporation is governed by the Fed. R. Civ. P. 4 See also Corporation

**TITLE 26 - INTERNAL REVENUE CODE**, Subtitle F - Procedure and Administration,

CHAPTER 79 – DEFINITIONS  Sec. 7701. Definitions

**(5)** Foreign. The term "foreign" when applied to a corporation or partnership means a corporation or partnership which is not domestic.

**Foreign service of process**

Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civ. P. 4 (i) and 28 U.S.C.A. § 1608. Service of process on foreign corporation is governed by Fed. R. Civ. P. 4(d) (3)

**Foreign states**

Nations which are outside the United States. Term may also refer to another state; i.e. a sister state.

**Foreign immunity**

With respect to jurisdiction immunity of foreign nation, see 28 U.S.C.A 1602 et seq.

**Person**                                                                                     In

general usage, a human being (i.e. natural person), though by statute the term may include a firm, labor organizations, partnerships, associations, corporations, legal representative, trustees, trustees in bankruptcy, or receivers. National Labor Relations Act, §2(1). A corporation is a "person" within the meaning of equal protection and due process provisions of the United States Constitution.

**Writ of error coram nobis**

A common-law writ, the purpose of which is to correct a judgment in the same court in which it was rendered, on the ground of error of fact, for which it was statutes provides no other remedy, which fact did not appear of record, or was unknown to the court when judgment was pronounced, and which ,if known would have prevented the judgment, and which was unknown, and could of reasonable diligence in time to have been otherwise presented to the court, unless he was prevented from so presenting them by duress, fear, or other sufficient cause.

At common law in England, it issued from the Court of Kings Bench to a judgment of that court. Its principal aim is to afford the court in which an action was tried an opportunity to correct it's own record with reference to a vital fact not known when the judgment was rendered. It is also said that at common law it lay to correct purely ministerial errors of the officers of the court.

Sovereign Hebrew Israelite American National Republic common man, Speaking in His Own Right, Sui Juris, Without Prejudice, All Rights Reserved,  With Allegiance to the Most High Creator and the Creator Only, Under Threat of Slavery, UCC 1-308, UCC 1-103.

Based on the forgoing, petitioner Sovereign Hebrew Israelite American National Republic Achashverosh Adnah Ammiyhuwd, sui juris, a common man request the Court Order venue of the matter is changed to district court of the United States for the Southern District of Ohio, an article III Constitutional Court. Further request that all cost associated with the change of venue shall be paid by the opposing party unless paid in full by the county this case is transferred from per R.O.C 2931.31, and ORCP Rule 3(C)(2).

WHEREFORE, Defendant prays for the foregoing speedy relief.

Kindest and warmest regards,

Signed *Achashverosh Adnah Ammiyhuwd*

Achashverosh Adnah Ammiyhuwd sui juris., by

special appearance a common man Standing for the
Nation of Hebrew Israelites as agent under
Common Law
In care of 509 S. Front Street Apt 4
Non Domestic-without US
Hamilton, Ohio Near [45011]
Real Land North America
Phone: 443-350-4567
Email: Achashverosh@hotmail.com