EXHIBIT A

HAMILTON MUNICIPAL COURT
BUTLER COUNTY

ORIGINAL

**COMPLAINT, AFFIDAVIT AND WARRANT**

COPY

STATE OF OHIO

16CRB00951-A
OBSTRUCTING OFFICIAL BUSINESS
2921.31

-VS-

FILED IN THE HAMILTON
MUNICIPAL COURT

ACHASHVEROSH ADNAH AMMIYHUWD
AT LARGE

MAR 1 0 2016

DOB:
SSN:
FED ID:
INCIDENT#:

MICHELLE L. DEATON, CLERK

**COMPLAINT AND AFFIDAVIT**

This day came PO TAYLOR , HAMILTON POLICE DEPT. , who being duly sworn by me, the undersigned, of the Hamilton Municipal Court, Hamilton, Ohio, says that on or about 03-09-16 , The aforesaid, ACHASHVEROSH ADNAH AMMIYHUWD did without privilege to do so and with purpose to prevent, obstruct or delay the performance by a public official of any authorized act within his official capacity, did do an act which hampers or impedes a public official in the performance of his lawful duties; To Wit: MR. AMMIYHUWD WAS STOPPED FOR A TRAFFIC VIOLATION AND REFUSED TO GIVE HIS LICENSE TO OFFICER AND REFUSED TO STEP OUT OF THE VEHICLE. ,
Contrary to section 2921.31 , Revised Code, State of Ohio, and contrary to the form of the statute to such cases made and provided, and against the peace and dignity of the State of Ohio:

And further deponent says not: _____

Sworn to and subscribed before me on _____

MICHELLE L. DEATON, CLERK _____, DEPUTY CLERK

Signature of notary: _____ My commission expires _____
County of: _____
(notary seal)

(seal: AUTHORIZED TO ADMINISTER OATHS / PEACE OFFICER / PURSUANT TO O.R.C. 2935.081)

**WARRANT**

You are here by ordered to arrest ACHASHVEROSH ADNAH AMMIYHUWD and bring him/her before this court to answer unto the State of Ohio, Charged with: OBSTRUCTING OFFICIAL BUSINESS contrary to section 2921.31 of the Ohio Revised Code.

And of the writ make legal service and due return.
Given under my hand and seal of said court on 10 MAR 2016 .

MICHELLE L. DEATON
CLERK OF COURT
HAMILTON, OHIO

By _____ DEPUTY CLERK